# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
AUG 22
SUSAN Y. SOONG
CLERK, U.S. D...

~~UNDER SEAL~~

UNITED STATES OF AMERICA,

V.

**CR19  0401  CRB**

KENNETH MORRIS,

DEFENDANT(S).

## INDICTMENT

18 U.S.C § 1344(2) – Bank Fraud;
29 U.S.C. § 501(c) – Theft of Labor Union Assets;
18 U.S.C. §§ 981(a)(1)(C) & 982(a)(2)(A),
28 U.S.C. § 2461(c) – Forfeiture Allegations

A true bill.

_____ Foreman

Filed in open court this __22__ day of _August 2019_

_____Stephen Ybarra_____
                              Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

COUNTS 1-5: 18 U.S.C. § 1344(2) -- Bank Fraud
COUNTS 6-8: 29 U.S.C. § 501(c) -- Theft of Labor Union Assets

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNTS 1-5: 30 years imprisonment, $1,000,000 fine, 3 years of supervised release, $100 mandatory special assessment
COUNTS 6-8: 5 years imprisonment, $10,000 fine, 3 years of supervised release, $100 mandatory special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
AUG 22 2019
SUSAN Y. SOONG

UNDER SEAL
CRB

---- DEFENDANT - U.S ----
▶ Kenneth Morris

DISTRICT COURT NUMBER
CR 19   0401

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Department of Labor, OLMS

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.  _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   DAVID ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAUSA Christopher Vieira

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____
DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶  Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: no bail
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

FILED

AUG 22 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. **CR19  0401** |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
|  | ) 18 U.S.C § 1344(2) – Bank Fraud; |
|  | ) 29 U.S.C. § 501(c) – Theft of Labor Union Assets; |
| KENNETH MORRIS, | ) 18 U.S.C. §§ 981(a)(1)(C) & 982(a)(2)(A), |
|  | ) 28 U.S.C. § 2461(c) – Forfeiture Allegations |
| Defendant. | ) |
|  | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

1. The American Federation of Teachers Local 2240 (the "UNION") represents teachers, counselors, and librarians employed by the Diocese of San Jose and the Archdiocese of San Francisco.

2. At all times relevant to this indictment, the Archdiocese of San Francisco employed the defendant, Kenneth Morris ("MORRIS"), as a teacher at Archbishop Riordan High School.

3. MORRIS was the UNION's treasurer from approximately September 2017 until approximately December 2018.

4. At all times relevant to this indictment, MORRIS had signature authority over the UNION's bank accounts at San Francisco Federal Credit Union.

5. At all times relevant to this indictment, MORRIS maintained a personal bank account at

INDICTMENT                                   1

USAA Federal Savings Bank ("USAA").  USAA was federally insured at all relevant times.

6. At all times relevant to this indictment, the Archdiocese of San Francisco maintained bank accounts at Bank of America from which it wrote dues checks to the UNION.  Bank of America was federally insured at all relevant times.

7. At all times relevant to this indictment, the Diocese of San Jose maintained a bank account at U.S. Bank from which it wrote dues checks to the UNION.  U.S. Bank was federally insured at all relevant times.

## The Scheme and Artifice to Defraud

8. As the UNION's treasurer, MORRIS received the UNION's dues checks from the Archdiocese of San Francisco and the Diocese of San Jose.  MORRIS was responsible for depositing those checks into the UNION's bank account at San Francisco Federal Credit Union.

9. As part of his scheme and artifice to defraud, MORRIS caused to be deposited or deposited into his personal bank account at USAA checks payable to the UNION, which he endorsed with his signature and presented to USAA for deposit into his personal bank account, under the false pretense and misrepresentation that the UNION knew or consented to him depositing those checks into his personal bank account or authorized him to endorse and present those checks to USAA for deposit into his personal bank account.

COUNTS ONE THROUGH FIVE:   (18 U.S.C § 1344(2) – Bank Fraud)

10. Paragraphs 1 through 9 are re-alleged and incorporated by reference as though fully set forth herein.

11. On or about the dates set forth in paragraph 12 below, in the Northern District of California, and elsewhere, the defendant,

KENNETH MORRIS,

knowingly and with the intent to defraud, executed a scheme and artifice to defraud Bank of America, U.S. Bank, and USAA; and to obtain moneys, securities, and other property owned by, and under the custody and control of Bank of America and U.S. Bank by means of material false and fraudulent pretenses, representations, promises and concealment of material facts.  MORRIS executed this scheme and artifice in part by endorsing with his signature checks that were payable to the UNION and

INDICTMENT                                                                    2

presenting those checks to USAA to be deposited into his personal bank account. MORRIS endorsed and presented the UNION's checks to USAA to be deposited into his personal bank account without the UNION's knowledge or consent; without authorization from the UNION; and under the false pretense that he had the authority to endorse and present those checks to USAA to be deposited into his personal bank account, knowing those deposits to be without the UNION's knowledge, consent, or authorization.

<u>Deposits in Furtherance of the Scheme and Artifice to Defraud</u>

12. On or about the dates listed below, set forth in the separate counts below, in the Northern District of California and elsewhere, for the purpose of executing the scheme and artifice described above, the defendant,

KENNETH MORRIS,

deposited and caused to be deposited into his personal bank account at USAA the checks described below, with each deposit constituting a separate count:

| COUNT | DATE OF DEPOSIT | PAYEE | DEPOSIT AND PAYOR BANK |
|---|---|---|---|
| 1 | 9/10/2018 | The UNION | The Archdiocese of San Francisco's Bank of America account for Archbishop Riordan High School; check for $1,900.00 |
| 2 | 9/14/2018 | The UNION | The Archdiocese of San Francisco's Bank of America account for Junipero Serra High School; check for $2,812.00 |
| 3 | 10/29/2018 | The UNION | The Archdiocese of San Francisco's Bank of America account for Marin Catholic High School; check for $3,116.00 |
| 4 | 11/14/2018 | The UNION | The Archdiocese of San Francisco's Bank of America account for Sacred Heart Cathedral Preparatory; check for $3,997.60 |
| 5 | 12/10/2018 | The UNION | The Diocese of San Jose's U.S. Bank account; check for $1,064.00 |

All in violation of Title 18, United States Code Section 1344(2).

<u>COUNT SIX</u>: (29 U.S.C. § 501(c) – Theft of Labor Union Assets)

13. Paragraphs 1 through 9 are re-alleged and incorporated by reference as though fully set forth herein.

14. On or about November 13, 2017, in the Northern District of California, and elsewhere, the defendant,

KENNETH MORRIS,

INDICTMENT 3

1 while an officer of the UNION, a labor organization engaged in an industry affecting commerce, did
2 embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds,
3 securities, property, and other assets of said labor organization in the approximate amount of $3,187.00,
4 in violation of Title 29, United States Code, Section 501(c).

5 <u>COUNT SEVEN</u>:     (29 U.S.C. § 501(c) – Theft of Labor Union Assets)

6     15.    Paragraphs 1 through 9 are re-alleged and incorporated by reference as though fully set
7 forth herein.

8     16.    On or about November 30, 2017, in the Northern District of California, and elsewhere,
9 the defendant,

10                              KENNETH MORRIS,

11 while an officer of the UNION, a labor organization engaged in an industry affecting commerce, did
12 embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds,
13 securities, property, and other assets of said labor organization in the approximate amount of $7,813.75,
14 in violation of Title 29, United States Code, Section 501(c).

15 <u>COUNT EIGHT</u>:     (29 U.S.C. § 501(c) – Theft of Labor Union Assets)

16     17.    Paragraphs 1 through 9 are re-alleged and incorporated by reference as though fully set
17 forth herein.

18     18.    On or about January 12, 2018, in the Northern District of California, and elsewhere, the
19 defendant,

20                              KENNETH MORRIS,

21 while an officer of the UNION, a labor organization engaged in an industry affecting commerce, did
22 embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds,
23 securities, property, and other assets of said labor organization in the approximate amount of $7,720.00,
24 in violation of Title 29, United States Code, Section 501(c).

25 <u>FORFEITURE ALLEGATIONS</u>:    (18 U.S.C. §§ 981(a)(1)(C) & 982(a)(2)(A) & 28 U.S.C. § 2461(c))

26     19.    The allegations above are re-alleged and incorporated as if fully set forth herein for the
27 purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 981
28 and 982 and Title 28 United States Code, Section 2461.

INDICTMENT                                         4

20.     Upon conviction of the offenses set forth in Counts One through Five of this Indictment, the defendant,

KENNETH MORRIS,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations. The property to be forfeited includes, but is not limited to, a forfeiture money judgment.

21.     If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

22.     Upon conviction of the offenses set forth in Counts Six through Eight of this Indictment, the defendant,

KENNETH MORRIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;

1         d.     has been substantially diminished in value; or

2         e.     has been commingled with other property which cannot be divided without

3               difficulty,

4  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

5  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

6       All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) & 982(a)(2)(A), Title 28,

7  United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

9  DATED: 22 August 2019                      A TRUE BILL.

11                                              FOREPERSON

13  DAVID L. ANDERSON
United States Attorney

16  CHRISTOPHER VIEIRA
Special Assistant United States Attorney

INDICTMENT                     6